1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

UNITED STATES OF AMERICA,

Plaintiff,

v.

GILBERTO SALAZAR-ROJAS, *et al.*,

Defendants.

Case No.  CR13-50RSL

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE

12

13

14

15

16

This matter comes before the Court on defendant Gilberto Salazar-Rojas's unopposed "Motion to Continue Trial Date" (Dkt. # 254).  Defendants Karla Gutierrez and Vitaliano Cruz-Olivero join in the motion (Dkt. # 256, 274).  Having considered the facts set forth in the motion, the knowing and voluntary waivers of defendants (Dkt. # 257, 268, 275), and the remainder of the record, the Court finds as follows:

17

18

19

1.      A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

20

21

22

23

24

2.      The ends of justice will be served by ordering a continuance in this case; a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation, and an opportunity for the defendants to benefit from these efforts; and these factors outweigh the best interests of the public and the defendants in a more speedy trial, within the meaning of § 3161(h)(7)(A).

25

26

ORDER CONTINUING TRIAL DATE - 1

1        IT IS THEREFORE ORDERED that the trial date shall be continued from

2   October 28, 2013, to May 12, 2014.  The period of delay from October 28, 2013, to May

3   12, 2014, is excluded for speedy trial purposes pursuant to § 3161(h)(1)(D), (h)(7)(A),

4   and (h)(7)(B).

5        Pretrial motions are to be filed no later than April 4, 2014.

6        DATED this 21st day of October, 2013.

7

8

9                                   Robert S. Lasnik
                                    United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER CONTINUING TRIAL DATE - 2