UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILBERTO SALAZAR-ROJAS, *et al.*,<br><br>　　　　　Defendants. | Case No.  CR13-50RSL<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO CONTINUE TRIAL |

　　　　This matter comes before the Court on defendants' "Motion to Continue Trial and Deadline for Filing Pretrial Motions." Dkt. # 355, 341. The Court held a hearing on the motion April 21, 2014. Having considered the facts set forth in the parties' memoranda and exhibits, the arguments presented during the April 21, 2014 hearing, and defendants' knowing and voluntary speedy trial waivers (Dkt. # 403, 421, 446), the records and files herein, the Court makes the following findings:

　　　　1.　A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

　　　　2.　The Court finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to ensure adequate time for defense investigation, effective trial preparation and an opportunity for defendants to benefit from these efforts; and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING TRIAL DATE - 1

1  The Court therefore GRANTS IN PART defendants' motion to continue the trial
2 date and pretrial motions deadline. Defendants' request to continue the trial date is
3 GRANTED. The trial date is continued from May 12, 2014, to December 1, 2014.
4 Defendants' request to continue the pretrial motions deadline is DENIED. The hearing
5 on the parties' pretrial motions will take place at 9:00 a.m., Monday, May 12, 2014.

6  It is further ORDERED that the period of time from the date of this order to
7 December 1, 2014, shall be excludable time under the Speedy Trial Act under Title 18,
8 U.S.C. § 3161(h)(7)(A).

   DATED this 8th day of May, 2014.


                                    *[signature]*
                                    Robert S. Lasnik
                                    United States District Judge


ORDER CONTINUING TRIAL DATE - 2