1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

GILBERTO SALAZAR-ROJAS, *et al.*,

                    Defendants.

NO. CR13-50RSL

ORDER GRANTING MOTION
TO CONTINUE TRIAL

          This matter comes before the Court on defendants' "Unopposed Motion to Continue Trial

Date" (Dkt. # 494).  Having considered the facts set forth in the parties' memorandum, the

arguments presented, the knowing and voluntary speedy trial waivers of defendants Salazar-

Rojas and Gutierrez[1] (Dkt. # 498, 500), and the records and files herein, the Court makes the

following findings:

          1.  A failure to grant the continuance would deny defense counsel the reasonable

time necessary for effective preparation, taking into account the exercise of due

diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

          2.  The Court finds that the ends of justice will be served by ordering a

_____

          [1] Defendant Cruz-Olivero does not waive his speedy trial rights, although both he and defendant
Gutierrez join in defendant Salazar-Rojas' Motion to Suppress (Dkt. # 487).

ORDER GRANTING MOTION
TO CONTINUE TRIAL - 1

1  continuance in this case; that a continuance is necessary to ensure adequate time for the Court to

2  consider the Motion to Suppress (which is still being briefed and has an oral argument date of

3  January 15, 2015), as well as adequate time for defense investigation, effective trial preparation

4  and an opportunity for defendants to benefit from these efforts; and that these factors outweigh

5  the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C.

6  § 3161(h)(7)(A).

7          The Court therefore GRANTS defendants' Unopposed Motion to Continue Trial

8  Date (Dkt. # 494) despite the opposition of defendant Cruz-Olivero. The trial date is continued

9  from December 1, 2014, to March 16, 2015.

10         It is further ORDERED that the period of time from the date of this order to

11 March 16, 2015, shall be excludable time under the Speedy Trial Act under Title 18,

12 U.S.C. § 3161(h)(7)(A).

13

14

        DATED this 20th day of November, 2014.

15

16

                        _MM S Lasnik_
17                      Robert S. Lasnik
                        United States District Judge
18

19

20

21

22

23

24

25

26

27

28 ORDER GRANTING MOTION
   TO CONTINUE TRIAL - 2